# United States District Court

DISTRICT OF
RHODE ISLAND

XAVIER BALLARIN,
Plaintiff
V.
DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 04 278 T

TO: (Name and address of defendant)
Mr. Darrell Lucente
110 Bayview Avenue
Warwick, RI 02818

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

July 9, 2004
DATE

(BY) DEPUTY CLERK

2

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

FILED

2004 JUL 16 P 4: 07

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| Service of the Summons and Complaint was made by me [1] | DATE 7/12/04 |
|---|---|
| NAME OF SERVER *(PRINT)* Jeannette Jarbeau | TITLE Disinterested person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Mrs. Lacerte (Wife)

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40 | TOTAL 40 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/12/04 @ 6:09PM
*Date*

Jeannette Jarbeau
*Signature of Server*

PO Box 6833 Warwick, RI 02887
*Address of Server*

X Received by [signature]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FCKT

# United States District Court

DISTRICT OF
RHODE ISLAND

XAVIER BALLARIN,
Plaintiff
V.
DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 04 278T

TO: (Name and address of defendant)
Mr. John Croy
21 Bailey Avenue
Middletown, RI 02842

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

July 9, 2004
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7-12-04 |
| NAME OF SERVER (PRINT) DENNIS M. TABER | TITLE CONSTABLE, STATE OF RI LICENSE #6148 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: with wife Erica at 21 Bailey Ave Middletown RI

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

FILED 2004 JUL 16 P 4:08 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 — |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-12-04
*Date*

Dennis M Taber
*Signature of Server*

DENNIS M. TABER
CONSTABLE, STATE OF RI
LICENSE #6148
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Fed' Rules of Civil Procedure.