# United States District Court

DISTRICT OF
RHODE ISLAND

XAVIER BALLARIN,
Plaintiff
V.
DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.,
Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 04 278 T

TO: (Name and address of defendant)

Qualguard, Inc.
c/o Registered Agent Darrell Lucente
110 Bayview Avenue
Warwick, RI 02818

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gordon P. Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

July 9, 2004
DATE

(BY) DEPUTY CLERK

3

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 7/14/04 |
| NAME OF SERVER *(PRINT)* Jeannette Jarbeau | TITLE Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other *(specify)*: Darrell Lucente as Agent for Qualguard, Inc.
110 Bayview Avenue
Warwick, RI 02818

FILED
2004 JUL 16 P 4:07
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/14/04 @ 5:39 AM
*Date*

Jeannette Jarbeau
*Signature of Server*

P.O. Box 6833, Warwick, RI 02887
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.