UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

RECEIVED
AUG 30 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

XAVIER BALLARIN

VS. C. A. NO. 04-278T

DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.

## STIPULATION

It is hereby stipulated that the defendants may have until August 31, 2004, to answer or otherwise respond to the complaint in this action.

PLAINTIFF

By his attorneys,

VETTER & WHITE

**GORDON P. CLEARY (#1948)**
20 Washington Place
Providence, RI 02903

(401) 421-3060
(401) 272-6803 (FAX)

ENTER: Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE: 9/1/04

7

DEFENDANTS

By their attorneys,

McKENNA & McCORMICK

**JAMES T. McCORMICK (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

## CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 27TH day of AUGUST 2004:

Attorney Beth L. Jacobson
**Sullivan & Worcester LLP**
One Post Office Square
Boston, MA 02109