UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

XAVIER BALLARIN, Plaintiff ) C.A. No. 04-278T

vs.

DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants )

FILED SEP 16 2004

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Plaintiff Xavier Ballarin hereby moves that Beth L. Jacobson be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- The case involves the following complex area of the law, in which pro hac vice counsel specializes: ____________________.
- Pro hac vice counsel's long-standing representation of the client: particularly in connection with the issues and disputes on which this action is based.
- The local trial bar lacks experience in the field of: __________.
- The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________.
- The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________.
- It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- Other: ____________________.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff, Xavier Ballarin
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: September 15, 2004

10

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I certify that I am a member in good standing of the bar of the State(s) of Massachusetts and the following federal district court bar(s) Massachusetts, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: Not Applicable.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

[signature]

Name Beth L. Jacobson

Sullivan & Worcester LLP
Firm Name

One Post Office Square
Business Address
Boston, MA 02109

(617) 338-2800
Tel. #

(617) 338-2880
Fax #

[signature]

Gordon P. Cleary, Esq.
Local Associate Counsel
No. 1948
R.I. Bar ID #

Vetter & White, Incorporated
Firm Name

20 Washington Place
Business Address
Providence, RI 02903

(401) 421-3060
Tel. #

(401) 272-6803
Fax #

---

**ORDER:**

This motion is hereby Granted.

Ernest C Torres / [signature]
U.S. District Judge

Date: 10/4/04

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Motion for Entry of Appearance Pro Hac Vice with Attorney's Certification for Pro Hac Vice Admission by mailing first class mail, postage prepaid, on the 15th day of September, 2004.

Lisa A. Lariviere