UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

XAVIER BALLARIN

VS. C. A. NO. 04-278T

DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.

[redacted]

Defendants hereby move, pursuant to FRCP 37, to compel plaintiff to produce for inspection and analysis his computer for data retrieval and analysis. Defendants have requested this of plaintiff on November 3, 2004. Plaintiff has agreed to produce his computer, and defendants have reciprocally agreed to produce theirs and provided a form of confidentiality agreement but plaintiff has not yet complied.

Defense counsel hereby certifies that counsel for the parties have conferred in good faith to attempt to resolve this dispute prior to the filing of this motion. Pursuant to local Rule 12(a), no separate memorandum need be filed with this motion.

DEFENDANTS

By their attorneys,

McKENNA & McCORMICK

**JAMES T. McCORMICK (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

17

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the ~~2nd~~ 3RD day of March 2005:

Gordon P. Cleary, Esq.
**Vetter & White**
20 Washington Place
Providence, RI 02903

Attorney Beth L. Jacobson
**Sullivan & Worcester LLP**
One Post Office Square
Boston, MA 02109

Kerri A. Vecoli