RECEIVED

MAR 1 2005

DAVID L. MARTIN U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

FILED FEB 23 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

XAVIER BALLARIN, Plaintiff

vs.

DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants

C.A. No. 04-278T

MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 37, plaintiff Xavier Ballarin moves to compel defendants and counterclaimants to produce documents in accordance with plaintiff's request for production served on October 21, 2004. As grounds for this motion, plaintiff respectfully represents that, save for a number of largely irrelevant e-mails, defendants have not produced documents in accordance with plaintiff's request. A true copy of plaintiff's request to produce is attached.

Plaintiff's counsel hereby certifies that counsel for the parties have conferred in good faith to attempt to resolve this dispute prior to the filing of this motion. Pursuant to Local Rule 12(a), no separate memorandum need be filed with this motion.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ___
Ernest C. Torres, Chief Judge
Date: 3/10/05

ENTERED

Dated: February 22 , 2005

No objection having been filed,
the motion is GRANTED. 3-14-05
David L. Martin, USMJ

19