FILED

APR 11 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

XAVIER BALLARIN, )
Plaintiff ) C.A. No. 04-278T
)
vs. )
)
DARRELL LUCENTE , JOHN CROY, )
XLC CORP. and QUALGUARD, INC., )
Defendants )

## MOTION TO ENLARGE DISCOVERY CUT-OFF DATE

Plaintiff Xavier Ballarin hereby moves that the discovery cut-off date be enlarged from May 30, 2005 to July 29, 2005, and the attendant dates for motions and the pretrial memorandum be enlarged accordingly. As grounds therefor, and as described in the supporting memorandum filed herewith, discovery in this case is thoroughly bollixed, and additional time to prepare the case is needed urgently.

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
5/3/05

No further extensions will be granted

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: April 11, 2005

25

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Motion To Enlarge Discovery Cut-Off Date by mailing first class mail, postage prepaid, on the 1 9th day of April, 2005.

Lisa A. Larivee