UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

MOTION FOR LEAVE TO RECORD DEPOSITIONS
BY VIDEOTAPE AND STENOGRAPHICALLY

Pursuant to District of Rhode Island Local Rule 14(c), plaintiff Xavier Ballarin requests leave to record the depositions of Darrell Lucente, John Croy and Robert LeBlanc by videotape and stenographically. Plaintiff respectfully represents that defendants do not object to this motion. A supporting memorandum is filed herewith.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: June 10 , 2005

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within motion by mailing first class mail, postage prepaid, on the 10th day of June, 2005.

Lisa A. Larivee

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE, JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO RECORD DEPOSITIONS
BY VIDEOTAPE AND STENOGRAPHICALLY

Plaintiff Xavier Ballarin requests leave to record the depositions of defendants Darrell Lucente and John Croy and defendant XLC Corp.'s accountant, Robert LeBlanc, by videotape and stenographically. Plaintiff submits that depositions recorded by videotape, as well as stenographically, will aid in the presentation of plaintiff's case, and will assist the trier of fact by showing the demeanour of the witnesses at deposition.

For these reasons, plaintiff's motion should be granted.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: June 10, 2005

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within memorandum by mailing first class mail, postage prepaid, on the 10th day of June, 2005.

Lisa A. Lariviere