RECEIVED
JUN 17 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

XAVIER BALLARIN,
Plaintiff

vs.

DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.,
Defendants

C.A. No. 04-278T

MOTION FOR LEAVE TO RECORD DEPOSITIONS
BY VIDEOTAPE AND STENOGRAPHICALLY

Pursuant to District of Rhode Island Local Rule 14(c), plaintiff Xavier Ballarin requests leave to record the depositions of Darrell Lucente, John Croy and Robert LeBlanc by videotape and stenographically. Plaintiff respectfully represents that defendants do not object to this motion. A supporting memorandum is filed herewith.

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☒ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 6/16/05

There being no objection, the motion is GRANTED.

David L. Martin
United States Magistrate Judge
June 17, 2005

Dated: June 10, 2005

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX