UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

RECEIVED
JUN 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

XAVIER BALLARIN

VS. C. A. NO. 04-278T

DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.

[redacted]

This matter ~~came~~ is scheduled to come before the Honorable United States Magistrate Judge David L. Martin on June 30, 2005, on defendants' motion to compel plaintiff to produce his computer for inspection by defendants' expert. In consideration thereof, and by agreement of the parties, it is hereby

*Ordered, Adjudged and Decreed:*

1. that plaintiff shall produce his computer for inspection by defendants' expert upon the terms and conditions of the confidentiality stipulation entered into by the parties to this case;

2. defendants also agree to make the computers of Darryl Lucente available for plaintiff's expert's inspection upon the terms and conditions of a reciprocal confidentiality stipulation entered into by the parties.

Entered as an order of Court this 28th day of June 2005.

Order:

David L. Martin
USMJ

Enter:

Presented by:

*Attorney for Defendants*

**James T. McCormick (#2614)**
McKENNA & McCORMICK
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 24TH day of JUNE 2005:

Gordon P. Cleary, Esq.
**Vetter & White**
20 Washington Place
Providence, RI 02903

Attorney Beth L. Jacobson
**Sullivan & Worcester LLP**
One Post Office Square
Boston, MA 02109