UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

XAVIER BALLARIN

VS. C. A. NO. 04-278T

DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.

[redacted]

Defendants hereby move this Honorable Court for permission to close discovery thirty (30) days beyond the presently scheduled date of July 29, 2005. Defendants are not seeking an extension of the time within which to file pretrial memoranda, which is presently scheduled for September 29, 2005, pursuant to the Court's pretrial order.

Plaintiff, with no objection from defendants, previously moved for a two (2) month continuance of the discovery date from May 30, 2005, to July 29, 2005, with a corresponding increase in the time for filing of pretrial memoranda. This motion was granted with the condition "no further extensions will be granted." Defendants now respectfully move for a continuance of the discovery closure date only but do not request a continuance of the pretrial memoranda date.

There are presently pending examinations by each party's expert of the opposing party's computers. This request was made by the defendants early in this case but has been complicated by the parties agreeing on an acceptable confidentiality order and acceptable search parameters for the information contained in the opposing party's

computers. The determination of search parameters has been complicated by the reliance upon preliminary information developed through the course of discovery to date. Also pending is the finalization of reports by the parties' valuation experts.

The parties have been working diligently toward settling the case, having participated in two mediation sessions with Berry Mitchell and a third scheduled for July 8, 2005.

For these reasons, defendants respectfully request an additional thirty (30) days' time to complete discovery, with no extension of time for filing pretrial memoranda.

DEFENDANTS

By their attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 1st day of July 2005:

Gordon P. Cleary, Esq.
**Vetter & White**
20 Washington Place
Providence, RI 02903

Attorney Beth L. Jacobson
**Sullivan & Worcester LLP**
One Post Office Square
Boston, MA 02109

Kerri A. Vecoli