UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | NOTICE TO TAKE DEPOSITION |

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30, plaintiff Xavier Ballarin will take the deposition upon oral examination of Lester Salter, Esq. of Salter, McGowan, Sylvia & Leonard, Inc., 321 South Main Street, Providence, Rhode Island 02903, on the 11th day of July, 2005, at 2:00 p.m. before a notary public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned.

A subpoena duces tecum shall be served on the person to be examined. Designation of the materials to be produced as set forth in the subpoena is attached to this notice as Exhibit A and is incorporated in the notice by reference.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: July 1, 2005

<u>CERTIFICATE OF SERVICE</u>

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Deposition by mailing first class mail, postage prepaid, on the 1st day of July, 2005.

Lisa A. Larivee

EXHIBIT A

1. A list of all documents withheld from production under the November, 2004 subpoena duces tecum to the Keeper of Records, Salter, McGowan, Sylvia & Leonard, Inc., on the grounds of attorney-client privilege.