UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE, JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

NOTICE TO TAKE VIDEOTAPE DEPOSITION

PLEASE TAKE NOTICE THAT pursuant to F.R.C.P. 30, plaintiff Xavier Ballarin will take the deposition upon oral examination of defendant John Croy on the 25th day of July, 2005, at 9:30 a.m. before a notary public or other qualified officer at the offices of Vetter & White, 20 Washington Place, Providence, Rhode Island, and the deposition shall continue until completed as the taking thereof may be from time to time adjourned. The deposition will be recorded by stenographic and videotape means.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: July 8, 2005

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Notice To Take Videotape Deposition by mailing first class mail, postage prepaid, on the 8th day of July, 2005.

Lisa A. Larivere