UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

OBJECTION TO MOTION TO
EXTEND TIME FOR DISCOVERY

Plaintiff respectfully objects to defendants' motion to extend the time for discovery to August 29, 2005. Discovery has already been enlarged once to July 29, 2005. In reliance on the July discovery cut-off date, plaintiff Ballarin has scheduled a trip to his native country, France, in the latter part of August for business meetings and for his children to visit with their grandparents. Plaintiff's counsel, as well, had hoped to take some vacation time during the first two weeks of August. There should be adequate time available to complete discovery.

For these reasons, plaintiff respectfully requests that the motion to enlarge the time for discovery to August 29, 2005 be denied.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: July 8 , 2005

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Objection to Motion To Extend Time for Discovery by mailing first class mail, postage prepaid, on the 8th day of July, 2005.

Lisa A. Lariviere