UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

SCANNED

XAVIER BALLARIN

VS. C. A. NO. 04-278T

DARRELL LUCENTE, JOHN CROY,
XLC CORP. and QUALGUARD, INC.

[redacted]

Defendants have requested an additional 30 days beyond July 29, 2005, so that their experts may complete their reports, which will then be provided to plaintiff. Defendants are not seeking to propounded additional discovery to plaintiff or take any depositions during the extended 30-day period. This request will not disadvantage plaintiff in any way nor interfere with anyone's travel or vacation plans. Defendants, thus, respectfully request an additional 30 days for this limited purpose.

DEFENDANTS

By their attorneys,

McKENNA & McCORMICK

**JAMES T. McCORMICK (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

[redacted]

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorneys on the 11TH day of JULY 2005:

Gordon P. Cleary, Esq.
**Vetter & White**
20 Washington Place
Providence, RI 02903

Attorney Beth L. Jacobson
**Sullivan & Worcester LLP**
One Post Office Square
Boston, MA 02109

Kerri A. Vecoli