UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

PLAINTIFF'S FURTHER OBJECTION TO
MOTION TO EXTEND TIME FOR DISCOVERY

Defendants' response to the objection to the motion to extend the time for discovery states the extension is only for the purpose of providing expert reports to plaintiff. Yet, this would prejudice plaintiff, who would ordinarily have the right to depose defendants' experts. Plaintiff would be precluded from doing so because discovery would be closed. On that basis, plaintiff further objects to defendants' motion.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: July 13 , 2005

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Plaintiff's Further Objection to Motion To Extend Time for Discovery by mailing first class mail, postage prepaid, on the 13th day of July, 2005.

Lisa A Lariviere

FILED