RECEIVED

SEP 19 2005

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE, JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL PRODUCTION OF DOCUMENTS

This matter came to be heard before the Honorable United States Magistrate Judge David L. Martin on September 19, 2005 on plaintiff's motion to compel defendants' production of documents, dated August 24, 2005. In consideration thereof, and by agreement of the parties, it is hereby

**ORDERED:**

That defendants shall produce documents in accordance with the motion on or before September 27, 2005, or represent in writing those documents which do not exist.

ENTERED as an order of Court this 19th day of September, 2005

Order:

David L. Martin
USMJ