UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | |

STIPULATION ENLARGING TIME

Plaintiff Xavier Ballarin hereby stipulates that defendants may have up to and including January 5, 2006 to object or otherwise respond to plaintiff's Motion to Enforce Settlement or, Alternatively, to Place this Case on the Trial Calendar.

RECEIVED
DEC 30 2005
Property of U.S. District Court
District of Rhode Island

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Beth Jacobson, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
(617) 338-2880 FAX

Dated: December 29, 2005

ENTER
Ernest C. Torres
Chief, U.S. District Judge
DATE 1/9/06

CERTIFICATE OF SERVICE

To:

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street - Suite 330
Providence, RI 02903-2814

I hereby certify that I served on the above-named counsel of record a copy of the within Stipulation Enlarging Time by mailing first class mail, postage prepaid, on the 29th day of December, 2005.