UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JAN 1 9 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Xavier Ballarin,

Plaintiff

vs.

Darrell Lucente, John Croy,
XLC Corp. and Qualguard, Inc.

Defendants

C.A. No. 04-278T

## MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S REPLY MEMORANDUM

The Defendants hereby move for leave to file the attached Defendants' Response to Plaintiff's Reply Memorandum, and in support of this motion respectfully state as follows:

The Defendants do not wish to burden the Court with any further papers relating to this dispute, but several of the contentions and arguments in the Plaintiff's Reply Memorandum are entirely erroneous and baseless, and thereby require a brief rebuttal through such Response.

DENIED
Ernest C. Torres
Chief, US District Judge
1/31/06

Defendants
By their attorneys,

James T. McCormick, Esq.
McKenna & McCormick
128 Dorrance Street – Suite 330
Providence, RI 02903
(401) 831-2970
(401) 751-1797 Fax

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Xavier Ballarin, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | C.A. No. 04-278T |
| | ) | |
| Darrell Lucente, John Croy, | ) | |
| XLC Corp. and Qualguard, Inc. | ) | |
| | ) | |
| Defendants | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the attached **MOTION FOR LEAVE TO FILE DEFENDANTS' RESPONSE TO PLAINTIFF'S REPLY MEMORANDUM** on the persons listed below by first-class mail, postage prepaid.

Gordon P.Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

January 18, 2006

Brenda E. Samborn

F:\Contents\LHS\LUCENTE\XLC\District Court papers\Mot Leave File Defendants Resp to Plaintiffs Reply Memo.doc