UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Xavier Ballarin, Plaintiff | ) | |
| vs. | ) | C.A. No. 04-278T |
| Darrell Lucente, John Croy, XLC Corp. and Qualguard, Inc. Defendants | ) | |

# ENTRY OF APPEARANCE

Matthew J. McGowan, Esq. hereby enters his appearance as co-counsel to the Defendants in this action.

Matthew J. McGowan, Esq.
Salter McGowan Sylvia & Leonard, Inc.
321 South Main Street
Providence, RI 02903
(401) 274-0300
(401) 453-0073 Fax
(Bar No. 2770)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Xavier Ballarin, Plaintiff | ) | |
| vs. | ) | C.A. No. 04-278T |
| Darrell Lucente, John Croy, XLC Corp. and Qualguard, Inc. Defendants | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the attached **ENTRY OF APPEARANCE** on the persons listed below by first-class mail, postage prepaid.

Gordon Cleary, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Beth L. Jacobson, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

February 15, 2006

F:\Contents\LHS\LUCENTE\XLC\District Court papers\Entry of Appearance.doc