RECEIVED
FEB 17 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| XAVIER BALLARIN, Plaintiff | ) | C.A. No. 04-278T |
| vs. | ) | |
| DARRELL LUCENTE , JOHN CROY, XLC CORP. and QUALGUARD, INC., Defendants | ) | <u>DISMISSAL STIPULATION</u> |

The complaint and counterclaims in this matter, and all counts and claims made therein, are hereby dismissed with prejudice, no costs taxed.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Plaintiff
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Matthew J. McGowan, No. 2770
SALTER, McGOWAN, SYLVIA
& LEONARD
Attorneys for Defendants
The Heritage Building
321 South Main Street
Providence, Rhode Island 02903
(401) 274-0300
(401) 453-0073
mmcgowan@smsllaw.com

Dated: February 17, 2006

ENTER:
Ernest C. Torres
Chief, U.S. District Judge
DATE: 2/21/06